# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States<br>PLAINTIFF(S)<br>v.<br>Donna Heinel<br>DEFENDANT(S). | CASE NUMBER<br>19 MJ00984<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

FILED 2019 MAR 12 AM 8:16 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

The above-named defendant was charged by: __Indictment__
in the _____ District of __Massachusetts__ on _____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1962(d)__
to wit: __Conspiracy to Commit Racketeering__

A warrant for defendant's arrest was issued by: __US Magistrate Judge M. Page Kelley__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on: __3/12/19__, by

_____, Deputy Clerk.

1202

| | |
|---|---|
| _[signature]_<br>Signature of Agent | __Edward Chase__<br>Print Name of Agent |
| __FBI__<br>Agency | __Special Agent__<br>Title |

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT