# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. Donna Heinel | PLAINTIFF | CASE NUMBER: 19MJ00984 |
|---|---|---|
| USMS# | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6:00  3/12/19   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

    18 USC 1962(d)

5. Offense charged is a:  ☐ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1961

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Smith

10. Remarks (if any): _____

11. Name: Edward Chse (please print)

12. Office Phone Number: 310-988-8645         13. Agency: FBI

14. Signature: _____                          15. Date: 3/12/19

FILED 2019 MAR 12 AM 8:16 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION